Jason P. Sultzer, Esq.
Jeremy Francis, Esq.
**THE SULTZER LAW GROUP P.C.**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Telephone: (845) 483-7100
sultzerj@thesultzerlawgroup.com
francisj@thesultzerlawgroup.com

David R. Shoop, Esq. ( Pro Hac Vice)
Thomas S. Alch, Esq. (Pro Hac Vice)
**SHOOP, A PROFESSIONAL LAW CORPORATION**
9701 Wilshire Blvd., Suite 950
Beverly Hills, California 90212
Telephone: (310) 620-9533
Facsimile: (310) 620-6330
david.shoop@shooplaw.com
thomas.alch@shooplaw.com

*Counsel for Plaintiff, Melissa Moore as Parent and natural Guardian of the Minor, B.C.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MELISSA MOORE** as Parent and Natural Guardian of the Minor, B.C.<br><br>Plaintiffs,<br><br>-against-<br><br>**COCHLEAR LIMITED**, an Australian Public company; and **COCHLEAR AMERICAS**, a Delaware Corporation<br><br>Defendants. | Case No. 1:20-cv-00753-MAD-TWD<br><br>**NOTICE OF MOTION**<br><br>**DATE: November 3, 2020**<br>**TIME:  10:00 a.m.** |

**COUNSEL**:

   PLEASE  TAKE NOTICE  that upon the annexed redacted affidavit of Plaintiff, Melissa Moore, individually and on behalf of her infant child, "BC", and the declaration of Thomas S.

1

Alch, Esq., and upon the proceedings had herein Plaintiffs will make this **unopposed motion**[1] before this Court, the Honorable Mae A. D'Agostino, presiding, at the Northern District of New York courthouse located in Albany, New York, on **November 3, 2020 at 10:00 a.m.,** for an order:

1. Approving the settlement of the above entitled matter;
2. Approving the Proposed Infant's Compromise Order; and
3. Granting such other and further relief as may be deemed just and proper.

Dated: 9/30/2020

Respectfully Submitted,

David R. Shoop
Thomas S. Alch
Shoop | A Professional Law Corporation
9701 Wilshire Blvd., Suite 950
Beverly Hills, CA 90212
Tel: (310) 620-9533
***Counsel for Melissa Moore as Parent and Natural Guardian of Minor, B.C.***

---

[1] Defendant Cochlear Americas is the only defendant properly served in this case, and does not oppose this Motion. Defendant Cochlear Limited has not been served and has not appeared in this case.